To Whom It May Concern,

My name is Talicia Amarillo, and I am writing this letter in support of my son Damian Lijah Amarillo.

I have known Damian for his entire life for I am his mother. Our relationship has always been very close, and I have had the privilege of watching him grow from a little boy into a respectful, caring, and responsible young man. Throughout his life, Damian has been a loving son, devoted brother and someone who has always put the needs of his family before his own.

One of Damians strongest character traits is his compassion for others. He has always had a caring heart and has consistently shown concern for the people he loves. When my mother passed away from cancer, our family lost our entire support system. It was one of the most difficult times of my life, and i struggled deeply with grief and depression. During that period, Damian stepped up in ways that no child should ever have to. He helped care for his younger brother, made sure he was fed and ready for school, and constantly checked on me to make sure I was ok. Even when I assured him that I was fine, he would bring me snacks , drinks, and sit with me simply because he wanted to make sure I wasn't alone.

Another quality that stands out is his sense of responsibility. Damian has always been involved in his community, school activities, sports, and youth programs. He worked through the Youth Employment Program and participated in activities that benefited our community. He has always been willing to help others, especially elderly community members and family members in need. No matter what challenges he faced he continued to push forward and work toward his goals.

His incarceration has had a tremendous impact on me and our family. To be honest, our home has never felt the same since he has been gone. It feels empty. For most of our lives, it has always been the four of us-myself, Damian, and his two brothers. We have always been a close knit family. After losing my mother, we leaned on each other for support because she was our entire support system. We rebuilt our lives together as a family, and Damian was a major part of that healing process.

Since his incarceration, a piece of our family feels missing. We no longer have family nights the way we used to. We do not do family outings and get togethers nearly as often because it simply isn't the same without him. Whether it was fishing, camping, watching movies, celebrating holidays, or just sitting around talking, Damians presence brought or family together. His humor, his kindness ,and his ability to make everyone laugh filled our home with life. Without him here, there is a noticeable void that cannot be replaced.

His younger brother misses him tremendously, and I miss him every single day. I miss the random conversations, the hugs, the updates he would give me about things happening in the world, and even the small moments that many people take for granted. Our family has

struggled emotionally with his absence, and there is not a day that goes by that we do not think about him.

If Damians incarceration continues, the emotional hardship on our family will continue as well. We will continue to miss out on the important milestones, family memories, and valuable time together that can never be replaced. His Brothers will continue to be without the guidance and support of their brother, and our family will continue to feel incomplete. We have already experienced tremendous loss in our lives, and having Damian away from us has only added to that pain.

Despite everything, I remain proud of my son. I know the loving, caring, and compassionate person that he is. I believe in his ability to learn from his mistakes, continue growing, and become and even stronger individual. He has always had a good heart, and i know he has so much more to contribute to his family and community.

I miss my son wholeheartedly and look forward to the day that i can have my baby back home where he belongs. Our family is ready to support him, encourage him, and help him continue moving forward in a positive direction. Thank You, for your time and consideration and attention to this letter.

Sincerely,
Talicia Amarillo
Mother of Damian Lijah Amarillo.

To whom it may concern,

 My name is Dominic Amarillo, I write this letter in regards to whoever may read this can understand and sympathize what I am able to share. I've known my brother his entire life and throughout our time together it's been a blessing and a privilege to develop and grow with each other. Many hardships can be expected and never avoided but I can say he was one of the most important people to me through those hardships. As supportive and caring as he is, he's always been there for me and vice versa I can say how I was able to be there for him and still continue to be. A bond based on unconditional love for each other I feel deep remorse due to the fact my brother is absent from any family moments spent together. I can only pray while supporting him and my family that no matter the emotional trauma and distress it may cause, that eventually a broken family may be restored to full again. I admit his absence and his legal situation has caused a great deal of grief and frustration throughout my family and I. Despite the grief I still hope to see him return and be the supporting, caring, and helpful person that he is.

Sincerely,

Dominic Amarillo