**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    24-cr-1026-KWR

DAMIAN AMARILLO,

      Defendant.

## LETTERS IN SUPPORT

COMES NOW Defendant, Damian Amarillo, by and through his counsel of record, and

hereby respectfully submits the following additional letter in support:

- Genesis Cassador

           Respectfully Submitted,

           /s/ *Joel R. Meyers*
           Joel R. Meyers
           The Law Office of Joel R. Meyers, LLC
           1000 Cordova Place, #930
           Santa Fe, NM 87505
           jrm@jrmeyerslaw.com
           (505) 847-7757
           (505) 847-5929 FAX

           /s/ *Jon K. Stanford*
           Jon K. Stanford
           Stanford Law Office
           317 Commercial St. NW, Suite 200
           Albuquerque, NM 87102
           jon@stanfordlawoffice.com
           (505) 977-6538

           Attorneys for Damian Amarillo

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2026, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Caitlin Dillon
Eliot Neal
Assistant United States Attorneys
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

/s/ *Joel R. Meyers*