

Ive known damian amarillo for
four years now and that's how long
we've also been in a relationship.
We met at school he was helping
me make a tortilla burger for
our culinery class. Damian has
always taken care of everyone
around him. Damian always made
sure i was okay and safe. That's
one of the reasons why i fell in
love with him. One time i was in
a bad situation and i had called
Damian crying barely able to speak
he didn't question anything, all he
asked was where i was at so he could
come pick me up. I've never met
anyone that has cared about me as
much as him even my own family.
Damian had it hard in life but that
NEVER changed the way he acted towards
anyone else. He is the most selfless
person i've ever met and still is. Ever
since he got incarcerated i've felt
alone, lost. and alot of feelings i
wouldn't be able to describe.



I love Damian a lot. When he went away I came back home except my home was no longer ~~there~~ there anymore without him. His family felt the same way. Damian is a son, Nephew, Brother, Grandson and Boyfriend. We were supposed to go to college together. I don't know what I'll do without him, I have no sense of direction. I just want him to come home. He's not anything like what the public hears, they don't know him like we do. ~~Hes~~ Damian is my Best Friend, better half, Boyfriend, Happiness, My man and My Everything. Please understand from my point of view he's the only good thing that has happened to me. I need him to come home as soon as possible please I don't want anything more and it's not about me but I believe Damian doesn't belong back there as much as it may sound he's a very good person it's just hard for him to show it but ive seen it. Thankyou

Sincerely,
Genesis Cassador