*Rev. November 10, 2015*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE KEA W. RIGGS**

| CR No: | 24-1026 KWR | USA vs. | AMARILLO | | |
|---|---|---|---|---|---|
| Date: | 6/16/26 | Defendant: | DAMIAN AMARILLO | | |

| Time In/Out: | 9:04am-10:27am | Total Time in Court: | 1 hr 23 minutes |
|---|---|---|---|
| Clerk: | C. Bevel | Court Recording: | A. Lynch |
| AUSA: | Caitlin Dillon | Defendant's Counsel: | Joel Meyers, Jon Stanford |
| Courtroom: | ABQ/Bonito | Probation: | Leonel Valencia |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| Convicted on: | Plea | | As to: | Information | | Counts: | |
|---|---|---|---|---|---|---|---|
| Guilty Plea: | Accepted | | Plea Agreement: | Accepted | | | |
| Date of Plea/Verdict: | 3/17/2026 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | | Evidentiary Hrg: | Not Needed | |
| Exceptions to PSR: | | | | | | | |

### SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | 168 months or 14 years |
|---|---|

| ☒ | 500-Hour Drug Program | ☐ | BOP sex-offender treatment program | Other: | |
|---|---|---|---|---|---|

| **SUPERVISED RELEASE:** | 5 years | ☒ Mandatory/Standard Conditions |
|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. 55 | ☒ | Parties have no objections to the conditions listed in Attachment A. |
|---|---|---|---|
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the special conditions listed. |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | None ordered | SPA: $ | 100.00 | Due Immediately |
|---|---|---|---|---|---|---|
| Forfeit rights title & interest to: | | | | | | |

### OTHER

| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Held in Custody |
|---|---|---|---|
| ☒ | Recommended place(s) of incarceration: Facility in Arizona | | |
| ☐ | Dismissed Counts: | | |

### PROCEEDINGS

Court has reviewed pleadings: Victim family members address Court-Alkaria Atole; Tara, defendant addresses Court.